UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER LAPINSKI,<br><br>                Plaintiff,<br><br>vs.<br><br>SPAR GROUP, INC., WILLIAM H. BARTELS, JOHN BODE, JAMES R. GILLIS, LINDA HOUSTON, and MICHAEL R. MATACUNAS,<br><br>                Defendants. | Case No.: 1:24-cv-07233-LLS<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

    Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Christopher Lapinski ("Plaintiff") voluntarily dismisses their claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: October 29, 2024

                              **BRODSKY & SMITH**

                              By: *Evan J. Smith*
                                  Evan J. Smith
                                  240 Mineola Boulevard
                                  Mineola, NY 11501
                                  Phone: (516) 741-4977
                                  Facsimile (561) 741-0626

                                  *Attorneys for Plaintiff*